IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00974-WYD

UNITED STATES OF AMERICA,

     Petitioner,

v.

D. HAMPTON-ULLSTROM,

     Respondent.

---

## ORDER

---

THIS MATTER is before the Court on Petitioner's Motion to Dismiss, filed

October 16, 2006 (docket #7).  Upon consideration of the motion and file in this matter,

I find that the motion should be and hereby is **GRANTED**.  It is, therefore,

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each side to bear

its own costs and attorneys' fees.

Dated:  October 19, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge